UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOHONIA MARTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>REDWOOD CITY LIBRARY,<br><br>    Defendant. | Case No.  15-cv-01988-KAW<br><br>**ORDER DISMISSING CASE**<br><br>Re: Dkt. No. 25 |

On October 15, 2015, Plaintiff filed her second amended complaint in this case.[1] (2d. Am. Compl. ("SAC"), Dkt. No. 25.)  The Court dismissed the previous iterations of the complaint for failure to state a plausible claim for relief and for failure to allege facts establishing this Court's jurisdiction over the case.  (May 14, 2015 Order at 2, Dkt. No. 5; Oct. 2, 2015 Order, Dkt. No. 24.) Because the operative complaint contains the same deficiencies, this action is DISMISSED.  *See, e.g.*, *Kats v. Lucile Salter Packard Children's Hosp. at Stanford*, No. C-95-1960-VRW, 1995 WL 463668, at * 1 (N.D. Cal. July 17, 1995) (dismissing complaint due to plaintiff's failure to allege a basis for subject matter jurisdiction).

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 12/14/15

                                                 KANDIS A. WESTMORE<br>
                                                 United States Magistrate Judge

---

[1] Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c).  *See* Dkt. Nos. 6, 7.